No. 2449.—STATE OF LOUISIANA ex rel. WILLIAM A. FRERET v. GEO. M. WICKLIFFE, Auditor, etc.

The appeal will be dismissed when the failure to make proper parties to the appeal is imputable to the appellant.

APPEAL from the Fifth District Court for the parish of Orleans. *Leaumont*, J. *A. & M. Voorhies*, for relator, appellee. *S. Belden*, Attorney General, for defendant and appellant.

HOWE, J. A motion has been made to dismiss the appeal taken herein by the State, a third party interested, on the ground that the defendant in the judgment has not been made a party appellee. The appeal was taken by petition of the Attorney General, which prayed that the relator be cited, but contained no prayer for the citation of the defendant. The necessary parties not being before us, and this defect being the fault of the appellant, it is ordered that the appeal herein be dismissed.